**United States District Court**
*Eastern District of Missouri*
*111 S. 10th Street, Rm.3.300*
*St. Louis, Missouri 63102*

James G. Woodward
Clerk of Court

Phone: 314-244-7900

IN RE: THE BUSINESS OF THE COURT

# ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following expired passports to the United States Department of State, Passport Services, Attn: Vanessa Washington, Consular-Lost/Stolen Passport Section, 1111 19th Street, NW, Room 500, Washington, DC 20036:

| Defendant Name | Passport Number | Expiration Date | Case Number | JCC Date |
|---|---|---|---|---|
| Munro, Colin Clive | RX090593 | 10/02/73 | 4:04CR0622RWS | 07/26/2005 |
| Munro, Colin Clive | RX213165 | 03/19/78 | 4:04CR0622RWS | 07/26/2005 |
| Munro, Colin Clive | HJ548455 | 06/05/83 | 4:04CR0622RWS | 07/26/2005 |
| Munro, Colin Clive | XR269819 | 03/31/91 | 4:04CR0622RWS | 07/26/2005 |
| Munro, Colin Clive | PZ326935 | 05/21/97 | 4:04CR0622RWS | 07/26/2005 |
| Munro, Colin Clive | 033130090 | 03/16/99 | 4:04CR0622RWS | 07/26/2005 |
| Munro, Colin Clive | VD136012 | 02/28/02 | 4:04CR0622RWS | 07/26/2005 |
| Taylor, John Paul | 082523211 | 09/21/01 | 4:01CR0409CEJ | 04/02/2002 |
| Fleming, Bruce Lee | 086519806 | 02/02/03 | 4:04CR049RWS | 06/24/2004 |
| Soriano, Jesus Enrique | 083262945 | 06/13/03 | 4:02CR0592RWS | 03/01/2004 |
| Johnson, Orville Renard | 401180232 | 07/14/03 | 4:03CR0169CDP | 05/04/2004 |
| Pizac, Daniel Kelsey | 150626272 | 09/14/03 | 4:02CR0043CEJ | 06/21/2002 |
| Pigg, Michael J. | 083494727 | 01/24/04 | 4:03CR0580JCH | 03/01/2004 |
| Barford, David Grant | 035068697 | 06/23/04 | 4:03CR0434CEJ | 04/22/2005 |
| Thurman, James A. | 083978363 | 12/27/04 | 4:05CR0282CDP | Sentencing date 1/20/06 |
| Bullock, Johnny | 084085357 | 02/26/05 | 4:01CR0183DJS | 02/08/2002 |
| Boghosian, Paul | 153081759 | 07/12/05 | 4:05MJ0045DDN | 03/29/2005 |
| Hamby, Gary Lynn | 153280048 | 08/28/05 | 4:98CR0443JCH | 01/22/1999 |

Dated this 29th day of December, 2005.

_____
Carol E. Jackson
United States District Judge